# Fox Rothschild LLP
ATTORNEYS AT LAW

101 Park Avenue, Suite 1700
New York, NY 10178
Tel 212.878.7900  Fax 212.692.0940
www.foxrothschild.com

ALEXANDER W. BOGDAN, ESQ.
Direct Dial: 212-878-7941
Email Address: ABogdan@FoxRothschild.com

> **MEMO ENDORSED**
>
> The request is granted. Defendants' deadline to respond to the Complaint is October 3, 2025.
>
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: September 5, 2025
> New York, New York

September 5, 2025

**VIA ECF**

Hon. Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square, Courtroom 619
New York, New York 10007

Re: **Nassif v. Pinch Food Design, LLC et al, CA No. 25-cv-6571 (ER)**
**Request for Extension of Time to Respond to Complaint**

Your Honor:

We represent defendants Pinch Food Design, LLC and Bob Spiegel ("Defendants") in the above-referenced matter. Pursuant to Your Honor's Judicial Preferences, Defendants respectfully requests a 30-day extension of time to respond to the Complaint. Additional time is requested as we were just retained and need additional time to investigate Plaintiff's claims and prepare Defendants response. We write with Plaintiff's consent to this request.

This application is Defendants' first request for an extension of time for responding to the Complaint. Defendants' response to the Complaint is currently due September 8, 2025. If granted, Defendants would respond to the Complaint on or before October 3, 2025. The requested extension would not affect any other scheduled dates.

We thank the Court for its consideration of our request.

Respectfully submitted,

/s/ Alexander W. Bogdan
Alexander W. Bogdan

Enclosure

cc: D. Maimon Kirschenbaum, Esq. (*via* ECF)