**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
**CHARLES NASSIF, on behalf of himself and others similarly situated,**

        **Plaintiff,**

  v.

**PINCH FOOD DESIGN, LLC, and BOB SPIEGEL,**

        **Defendants.**
-------------------------------------------------------x

**CASE NO. 25 CV 6571**

## [proposed] JUDGMENT

WHEREAS, pursuant to Fed. R. Civ. P. 68, Defendants Pinch Food Design, LLC and Bob Spiegel (collectively, "Defendants"), have offered to allow judgment to be entered against them and in favor of Plaintiff Charles Nassif ("Plaintiff"); and

WHEREAS, the offer of judgment encompasses all of Plaintiff's claims pursuant to the Fair Labor Standards Act ("FLSA") contained in the Complaint; and

WHEREAS, all the terms of the offer of judgment are hereby incorporated into this Judgment; and

WHEREAS, Plaintiff having confirmed acceptance of Defendants' offer of judgment; it is hereby,

ORDERED, ADJUDGED, AND DECREED that judgment in the amount of Two Thousand Dollars and Zero Cents ($2,000) against the Defendants Pinch Food Design, LLC and Bob Spiegel and in favor of Plaintiff Charles Nassif shall be entered encompassing all of Plaintiff's FLSA causes of action in the Complaint in this Action.

/
/

Dated: New York, New York
      February __, 2026

                                                          _____
                                                          Hon. Edgardo Ramos (U.S.D.J.)