UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CHARLES NASSIF, on behalf of himself
and others similarly situated,

                Plaintiff,

v.

PINCH FOOD DESIGN, LLC, and BOB
SPIEGEL,

                Defendants.
-----------------------------------------------------------x

CASE NO. 25 CV 6571

## JUDGMENT

      WHEREAS, pursuant to Fed. R. Civ. P. 68, Defendants Pinch Food Design, LLC and Bob Spiegel (collectively, "Defendants"), have offered to allow judgment to be entered against them and in favor of Plaintiff Charles Nassif ("Plaintiff"); and

      WHEREAS, the offer of judgment encompasses all of Plaintiff's claims pursuant to the Fair Labor Standards Act ("FLSA") contained in the Complaint; and

      WHEREAS, all the terms of the offer of judgment are hereby incorporated into this Judgment; and

      WHEREAS, Plaintiff having confirmed acceptance of Defendants' offer of judgment; it is hereby,

      ORDERED, ADJUDGED, AND DECREED that judgment in the amount of Two Thousand Dollars and Zero Cents ($2,000) against the Defendants Pinch Food Design, LLC and Bob Spiegel and in favor of Plaintiff Charles Nassif shall be entered encompassing all of Plaintiff's FLSA causes of action in the Complaint in this Action.

/
/

2

Dated: New York, New York
      February 5 , 2026

                                                                                                      Hon. Edgardo Ramos (U.S.D.J.)